IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00076-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERIC JERMAINE SPIVEY,
2.    ALBERTO DURAN,
3.    BRENDA JONES,

    Defendants.

_____

**ORDER GRANTING MOTION TO DISCLOSE GRAND JURY MATERIAL**
**(ECF NO. 75)**
_____

    Before me is the Motion to Disclose Grand Jury Material (ECF No. 75) filed by the Prosecution pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

    Having reviewed the Motion and being otherwise advised in the premises, I find that good and sufficient cause supports the same, and it is therefore:

    ORDERED that the Prosecution's Motion is granted, and the transcript of Grand Jury testimony may be disclosed to the Defendants and their counsel in the course of discovery in this case.

    It is further ORDERED that such material shall only be used by the defense for purposes of defending this case; that such material shall be disclosed only to the Defendants and their counsel; that counsel for the Defendants shall maintain custody of such material and shall not reproduce or disseminate the material; and that such material shall be returned to the United States at the end of this case.

DATED this 13th day of January, 2026.

                                                  *John L. Kane*
                                                 JOHN L. KANE
                                                 SENIOR U.S. DISTRICT JUDGE

2